Form 8

**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

SEIRUS INNOVATIVE ACCESSORIES  v. BALBOA MANUFACTURING

No. 2012-1558

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se     ✓ As counsel for: Seirus Innovative Accessories, Inc.
                                    Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus curiae   _____ Cross Appellant
✓ Appellant        _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant   _____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew D. Murphey |
| Law firm: | Troutman Sanders LLP |
| Address: | 11682 El Camino Real, Suite 400 |
| City, State and ZIP: | San Diego, California 92130-2092 |
| Telephone: | (858) 509-6000 |
| Fax #: | (858) 509-6040 |
| E-mail address: | matt.murphey@troutmansanders.com |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes   ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 14, 2012                    /s/ Matthew D. Murphey
     Date                      Signature of pro se or counsel

cc: Counsel (per Certificate of Service attached)

# SEIRUS INNOVATIVE ACCESSORIES v BALBOA MANUFACTURING, 2012-1558

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2012, a true and correct copy of the document entitled:

## ENTRY OF APPEARANCE OF MATTHEW D. MURPHEY

will be transmitted to the parties and counsel of record listed below via the Court's CM-ECF system as a result of the electronic filing of these documents:

| | |
|---|---|
| Steele N. Gillaspey, Esq.<br>GILLASPEY & GILLASPEY<br>225 Broadway, Suite 2220<br>San Diego, CA  92101<br>Email:   sng@g-glaw.com | Attorneys for Defendants-Appellees<br>**BALBOA MANUFACTURING COMPANY, LLC. and SPORTS ACCESSORIES AMERICA, INC.** |

Dated:  August 14, 2012        /s/ Matthew D. Murphey
                               Matthew D. Murphey
                               Paul E. McGowan
                               TROUTMAN SANDERS LLP
                               11682 El Camino Real, Suite 400
                               San Diego, California 92130-2092
                               Tel:  (858) 509-6000 / Fax: (858) 509-6040

                               Counsel for Plaintiff-Appellant
                               SEIRUS INNOVATIVE ACCESSORIES, INC.