**Form 8**

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEIRUS INNOVATIVE ACCESSORIES  v. BALBOA MANUFACTURING

No. 2012-1558

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se          ✔ As counsel for: Seirus Innovative Accessories, Inc.
                                         Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus curiae   _____ Cross Appellant
✔ Appellant        _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

Name: Paul E. McGowan
Law firm: Troutman Sanders LLP
Address: 11682 El Camino Real, Suite 400
City, State and ZIP: San Diego, California 92130-2092
Telephone: (858) 509-6000
Fax #: (858) 509-6040
E-mail address: paul.mcgowan@troutmansanders.com

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✔ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes   ✔ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 13, 2012                           s/Paul E. McGowan
       Date                          Signature of pro se or counsel

cc: Counsel (per Certificate of Service attached)

# SEIRUS INNOVATIVE ACCESSORIES v BALBOA MANUFACTURING, 2012-1558

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2012, a true and correct copy of the document entitled:

## ENTRY OF APPEARANCE OF PAUL E. MCGOWAN

will be transmitted to the parties and counsel of record listed below via the Court's CM-ECF system as a result of the electronic filing of these documents:

| | |
|---|---|
| Steele N. Gillaspey, Esq.<br>GILLASPEY & GILLASPEY<br>225 Broadway, Suite 2220<br>San Diego, CA  92101<br>Email:   sng@g-glaw.com | Attorneys for Defendants-Appellees<br>**BALBOA MANUFACTURING COMPANY, LLC. and SPORTS ACCESSORIES AMERICA, INC.** |
| Dated:  August 14, 2012 | /s/ Matthew D. Murphey<br>Matthew D. Murphey<br>Paul E. McGowan<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, California 92130-2092<br>Tel:  (858) 509-6000 / Fax: (858) 509-6040<br><br>Counsel for Plaintiff-Appellant<br>SEIRUS INNOVATIVE ACCESSORIES, INC. |

20061787v1