Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Seirus Innovative Accessories    v. Balboa Manufacturing Co., LLC.

No. 12-1558

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_ Pro Se      ✓ As counsel for:    Balboa Manufacturing Co.,LLC.
                                         Sports Accessories America, Inc.
                                         Name of party

I am, or the party I represent is (select one):

\_\_\_\_ Petitioner   \_\_\_\_ Respondent   \_\_\_\_ Amicus curiae   \_\_\_\_ Cross Appellant

\_\_\_\_ Appellant    ✓ Appellee       \_\_\_\_ Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_ Petitioner or appellant    \_\_\_\_ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Steele N. Gillaspey |
| Law firm: | Gillaspey & Gillaspey |
| Address: | The NBC Tower, 225 Broadway, Suite 2220 |
| City, State and ZIP: | San Diego, CA 92101 |
| Telephone: | (619)234-3700 |
| Fax #: | (619)234-1331 |
| E-mail address: | sng@g-glaw.com |

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 31 October 1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_ Yes     ✓ No

\_\_\_\_ A courtroom accessible to ~~the handicapped is required~~ if oral argument is scheduled.

_____          _____
Date                    Signature of pro se or counsel

cc: _____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SEIRUS INNOVATIVE ACCESSORIES, INC., A Utah Corporation,<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>BALBOA MANUFACTURING COMPANY, LLC., a California Limited Liability Company, and SPORTS ACCESSORIES AMERICA, INC., a Colorado corporation,<br><br>Defendant-Appellee. | Docket No. **2012-1558** |

## CERTIFICATE OF SERVICE

I, Steele N. Gillaspey, counsel for Defendant-Appellee, and a member of this Honorable Court, certify that on September 7, 2012, a true and correct copy of the Entry of Appearance will be electronically transmitted to the parties and counsel of record listed below via the Court's CM-ECF system:

Matthew D. Murphey, Attorney
matt.murphey@troutmansanders.com

Paul E. McGowan, Attorney
paul.mcgowan@troutmansanders.com

/s/ Steele N. Gillaspey

STEELE N. GILLASPEY
Gillaspey & Gillaspey
225 Broadway, Suite 2220
San Diego, CA 92101
Tel: (619) 234-3700

Counsel For Defendant- Appellee
Balboa Manufacturing Co., LLC.
Sports Accessories America, Inc.