NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2012-1558

SEIRUS INNOVATIVE ACCESSORIES, INC.,

Plaintiff-Appellant,

v.

BALBOA MANUFACTURING COMPANY, LLC,
and SPORTS ACCESSORIES AMERICA, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in case no. 09-CV-2274, Judge Marilyn L. Huff.

ON MOTION

O R D E R

Upon consideration of the parties' joint motion to extend the briefing schedule ninety (90) days,

IT IS ORDERED THAT:

The motion is granted. Plaintiff-Appellant shall file its initial brief no later than September 3, 2013.

FOR THE COURT

| | |
|---|---|
| May 10, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:  Matthew D. Murphey, Esq.
Steele N. Gillaspey, Esq.

m2