NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

v.

**BALBOA MANUFACTURING COMPANY, LLC, SPORTS ACESSORIES AMERICA, INC.,**
*Defendants-Appellees.*

---

2012-1558

---

Appeal from the United States District Court for the Southern District of California in No. 09-CV-2274, Judge Marilyn L. Huff.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to extend the briefing schedule ninety (90) days,

IT IS ORDERED THAT:

The motion is granted. Plaintiff-Appellant shall file its initial brief no later than March 3, 2014. No further extensions should be anticipated.

FOR THE COURT

| | |
|---|---|
| October 18, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk |

cc: Matthew D. Murphey, Esq.
    Steele N. Gillaspey, Esq.

m2