NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

v.

**BALBOA MANUFACTURING COMPANY, LLC, AND SPORTS ACESSORIES AMERICA, INC.,**
*Defendants-Appellees.*

---

2012-1558

---

Appeal from the United States District Court for the Southern District of California in No. 09-CV-2274, Judge Marilyn L. Huff.

---

**ON MOTION**

---

**O R D E R**

Balboa Manufacturing Company, LLC and Sports Accessories America, Inc. move for a 90-day extension of time, until July 14, 2014, to file its response brief. Seirus Innovative Accessories, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21